IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ramos, Josephine | Case Number: 06 B 13899 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 8/26/08 | Filed: 10/27/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 15, 2008
Confirmed: December 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,110.00 | |
| Secured: | | 1,364.16 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,536.50 |
| Trustee Fee: | | 209.34 |
| Other Funds: | | 0.00 |
| Totals: | 4,110.00 | 4,110.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ledford & Wu | Administrative | 2,536.50 | 2,536.50 |
| 2. | Everhome Mortgage Company | Secured | 0.00 | 0.00 |
| 3. | Everhome Mortgage Company | Secured | 12,438.02 | 1,364.16 |
| 4. | Premier Bankcard | Unsecured | 283.83 | 0.00 |
| 5. | ECast Settlement Corp | Unsecured | 566.16 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 1,067.50 | 0.00 |
| 7. | Credit Management Service | Unsecured | | No Claim Filed |
| 8. | S & P Capital | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Credit Collection | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 16,892.01 | $ 3,900.66 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 100.80 |
| 5.4% | 108.54 |
| | _____ |
| | $ 209.34 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Ramos, Josephine

Printed:  8/26/08

Case Number:  06 B 13899
Judge:  Goldgar, A. Benjamin
Filed:  10/27/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

